UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KKE ARCHITECTS, INC., | ) CASE NO. CV 07-06866 MMM (FMOx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| DIAMOND RIDGE DEVELOPMENT LLC and DOES 1 THROUGH 10, | ) |
| Defendants. | ) |

On March 3, 2008, the court entered a judgment in favor of defendant Diamond Ridge Development LLC, which dismissed the action without prejudice to plaintiff's reassertion of its claims in arbitration. On April 21, 2008, the court granted defendant's motion for attorneys' fees, and on November 17, 2008, it issued an order awarding defendant $33,657.77 in attorneys' fees and expenses. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That defendant recover $33,657.77 in attorneys' fees and expenses; and
2. That the award of attorneys' fees will bear post-judgment interest at an annual rate of 0.64% until paid.

DATED: February 25, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE